**Michael J. SMITH, Plaintiff–Appellant,**

v.

**Brian WILLIAMS, Warden; R. Tate, Defendants–Appellees.**

**No. 11–16919.**

United States Court of Appeals, Ninth Circuit.

Submitted Aug. 8, 2012.*

Filed Aug. 15, 2012.

Michael J. Smith, Las Vegas, NV, pro se.

* This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Clark G. Leslie, Esquire, Deputy Assistant Attorney General, AGNV–Office of the Nevada Attorney General, Carson City, NV, for Defendants–Appellees.

Before: ALARCÓN, BERZON, and IKUTA, Circuit Judges.

MEMORANDUM **

Former Nevada state prisoner Michael J. Smith appeals pro se from the district court's judgment dismissing his 42 U.S.C. § 1983 action for failure to exhaust administrative remedies under the Prison Litigation Reform Act, 42 U.S.C. § 1997e(a). We have jurisdiction under 28 U.S.C. § 1291. We review de novo the district court's dismissal for failure to exhaust. *Wyatt v. Terhune*, 315 F.3d 1108, 1117 (9th Cir.2003). We affirm.

Smith contends that he is excused from exhausting his administrative remedies because he was released from prison before he filed his amended complaint. We do not consider this argument because Smith raises it for the first time on appeal. *See Padgett v. Wright*, 587 F.3d 983, 985 n. 2 (9th Cir.2009) (per curiam).

**AFFIRMED.**

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).